**\*E-Filed 10/22/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SUE QUATELA,                                                     No. C 10-03422 RS

          Plaintiff,                                          **ORDER RE FAILURE TO APPEAR**

v.

STRYKER CORPORATION, et al.,

          Defendants.
_____/

    On October 21, 2010, plaintiff's counsel failed to appear at a motion hearing herein that appears to have been properly noticed. Within five days of the date of this order, plaintiff's counsel shall file a declaration setting forth the reasons no appearance was made.

IT IS SO ORDERED.

Dated: 10/22/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE