**SEDGWICK LLP**
RALPH A. CAMPILLO (CA State Bar No. 070376)
ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM (CA State Bar No. 239495)
arameh.zargham@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:   213.426.6900
Facsimile:    213.426.6921

**SEDGWICK LLP**
WAYNE A. WOLFF (CA State Bar No. 161351)
wayne.wolff@sedgwicklaw.com
DAVID D. MESA (CA State Bar No. 257488)
david.mesa@sedgwicklaw.com
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone:   415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants
STRYKER CORPORATION and STRYKER SALES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUE QUATELA,<br><br>           Plaintiff,<br><br>     vs.<br><br>STRYKER CORPORATION, a Michigan corporation; STRYKER SALES CORPORATION, a Michigan corporation; ASTRAZENECA PHARMACEUTICALS, LP, a Delaware limited partnership; ASTRAZENECA LP, a Delaware limited partnership; and DOES 1-20, Inclusive,<br><br>           Defendants. | CASE NO. CV 10 3422 (RS)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER**<br><br>[Fed. R. Civ. P. 16(b)(4) and L.R. 16-2] |

For good cause shown, Plaintiff SUE QUATELA ("Plaintiff") and Defendants

STRYKER CORPORATION and STRYKER SALES CORPORATION's ("Stryker")

stipulated request to modify the scheduling order is granted.  The Scheduling Order is modified

USDC CASE NO. CV 10 3422 (RS)
[~~PROPOSED~~] ORDER

SF/2307282v1

as follows:

1. Last day for Plaintiff to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): December 28, 2011;

2. Last day for Defendants to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): January 27, 2012;

3. Last day for all parties to disclose rebuttal experts: February 27, 2012;

4. Expert discovery cut-off: March 27, 2012; and

5. All other Scheduling Order dates shall remain the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/12/11                    _____
                                  UNITED STATES DISTRICT JUDGE