*E-Filed 10/27/11*

1  **SEDGWICK LLP**
   RALPH A. CAMPILLO (CA State Bar No. 070376)
2  ralph.campillo@sedgwicklaw.com
   ARAMEH ZARGHAM (CA State Bar No. 239495)
3  arameh.zargham@sedgwicklaw.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, CA 90017-5556
   Telephone:  213.426.6900
5  Facsimile:  213.426.6921

6  **SEDGWICK LLP**
   WAYNE A. WOLFF (CA State Bar No. 161351)
7  wayne.wolff@sedgwicklaw.com
   DAVID D. MESA (CA State Bar No. 257488)
8  david.mesa@sedgwicklaw.com
   333 Bush Street, 30th Floor
9  San Francisco, CA 94104
   Telephone:  415.781.7900
10 Facsimile:  415.781.2635

11 Attorneys for Defendants
   STRYKER CORPORATION and STRYKER SALES
12 CORPORATION

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 16 SUE QUATELA, | CASE NO. CV 10 3422 (RS) |
| 17        Plaintiff, | |
| 18    vs. | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| 19 STRYKER CORPORATION, a Michigan corporation; STRYKER SALES CORPORATION, a Michigan corporation; ASTRAZENECA PHARMACEUTICALS, LP, a Delaware limited partnership; ASTRAZENECA LP, a Delaware limited partnership; and DOES 1-20, Inclusive, | [Fed. R. Civ. P. 16(b)(4) and L.R. 16-2] |
| 23        Defendants. | |

24    For good cause shown, Plaintiff SUE QUATELA ("Plaintiff") and Defendants

25 STRYKER CORPORATION and STRYKER SALES CORPORATION's ("Stryker")

27 stipulated request to modify the scheduling order is granted. The Scheduling Order is modified

28 as follows:

USDC CASE NO. CV 10 3422 (RS)
[PROPOSED] ORDER

SF/2307282v1

1. Last day for Plaintiff to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): January 27, 2012;

2. Last day for Defendants to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): February 27, 2012;

3. Last day for all parties to disclose rebuttal experts: March 27, 2012;

4. Expert discovery cut-off: April 27, 2012;

5. Last day for Court to hear pretrial motions, including dispositive motions: ~~June 8, 2012;~~ October 15, 2012

6. Last day to file Joint Pretrial Statement: ~~August 6, 2012;~~ December 14, 2012

7. Final Pretrial Conference: ~~August 23, 20~~12; December 28, 2012 at 10:00 a.m.

8. Trial Date: ~~September 3, 2012~~; and January 14, 2013 at 9:00 a.m.

9. All other Scheduling Order dates shall remain the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/27/11

_____
UNITED STATES DISTRICT JUDGE

USDC CASE NO. CV 10 3422 (RS)
~~[PROPOSED]~~ ORDER

SF/2307282v1